UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

JONATHON M. BURKS			CASE NUMBER: 04-33443
SSN: xxx-xx-3670			CHAPTER 13
TAMMY M. BURKS
SSN: xxx-xx-5410
 Debtors

NOTICE TO TIPPECANOE COLLECTION SERVICE THAT
$149.96 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS
ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Tippecanoe Collection Service, creditor herein, and deposits $149.96 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Tippecanoe Collection Service was:

   522 Main Street
   P.O. Box 1129
   Lafayette, IN 47902

2. Trustee's office has received notice that this creditor is no longer in business.

3. Subsequent attempts to locate this creditor were fruitless;

4. That any objections to said Deposit should be made in writing, with the Court Clerk.

Date: August 28, 2009				Respectfully Submitted,

						/s/ Debra L. Miller, Trustee
						Debra L. Miller, Trustee
						P.O. Box 11550
						South Bend, IN 46634
						(574) 251-1493

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached was sent on August 28, 2009

By U. S. Mail to the Debtors and Creditor as follows:

Debtor(s):  Jonathon & Tammy Burks, 321 Wheatland Avenue,. Logansport, IN 46947
Creditor:  Tippecanoe Collection Service, 522 Main St., PO Box 1129, Lafayette, IN 47902

By CM/ECF electronic e-mail to the following

Debtors' Attorney:  Brad Woolley
U.S. Trustee

/s/ Rosemary Ward-Wilson